# EXHIBIT A

# Wal-Mart Stores Inc.
## Fax Coversheet

**Date:** 01/21/21
**From:** image

**Fax:** 4792775991
**Subject:** STORE:isp.s04446.us
Confidential Wal-Mart Stores, Inc.

This fax and any files transmitted with it are CONFIDENTIAL and intended solely for the individual or entity to whom they are addressed. If you have received this in error please destroy it immediately.

CPS# 2017

Filing # 117696963 E-Filed 12/04/2020 04:13:05 PM

IN THE CIRCUIT COURT OF THE
15TH JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLORIDA

CASE NO.: 502020CA010634XXXXMB

MILENA CABRERA,

        Plaintiff

vs.

WAL-MART STORES EAST, LP AND
ERNEST REMAS,

        Defendants.
_____/

**PERSONAL SERVICE ON A NATURAL PERSON**

THE STATE OF FLORIDA:
To Each Sheriff of the State:

YOU ARE COMMANDED to serve this Summons and a copy of the Complaint in this action on the Defendant listed below:

**ERNEST REMAS**
**1000 Del Lago Cir, Apt 105**
**Palm Beach Gardens FL 33410**

Each Defendant is required to serve written defenses to the Complaint on Plaintiff's attorney, whose name, address and phone number is:

**KRISTIAN BIE, ESQUIRE**
**FETTERMAN & ASSOCIATES**
**648 U.S. Highway One**
**North Palm Beach, FL 33408**
**(561) 845-2510**
**Florida Bar No.: 87043**

within twenty (20) days after service of this Summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint.

DATED on **Dec 08 2020**, 2020.

**SHARON R. BOCK**
**CLERK & COMPTROLLER**

by: _____
Deputy Clerk **JOSIE LUCCE**



FILED: PALM BEACH COUNTY, FL, SHARON R. BOCK, CLERK, 12/04/2020 04:13:05 PM

Filing # 117696963 E-Filed 12/04/2020 04:13:05 PM

IN THE CIRCUIT COURT OF THE
15TH JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLORIDA

CASE NO.: 502020CA010634XXXXMBAO

MILENA CABRERA,

        Plaintiff,

vs.

WAL-MART STORES EAST, LP and
ERNEST REMAS,

        Defendants.
_____/

## AMENDED COMPLAINT

Plaintiff, MILENA CABRERA, by and through her undersigned counsel, sues Defendants, WAL-MART STORES EAST, LP and ERNEST REMAS, and alleges:

## GENERAL ALLEGATIONS

1. This is an action for damages over thirty thousand dollars ($30,000.00), exclusive of interest and costs.

2. At all times material hereto Plaintiff, MILENA CABRERA, was and is a resident of Palm Beach County, Florida.

3. At all times material hereto Defendant, WAL-MART STORES EAST LP, was and is a foreign profit corporation doing business in Palm Beach County, Florida.

4. On or about November 10, 2018, Defendant, WAL-MART STORES EAST, LP owned, managed, controlled, operated, and/or maintained a premises consisting of Walmart Store #1541, located at 9990 Belvedere Rd, West Palm Beach, FL 33411 ("Walmart Store").

5. At all times material hereto, Defendant, ERNEST REMAS was a resident of Palm Beach County, Florida.

6. On or about November 10, 2018, Defendant, ERNEST REMAS, was employed by Walmart and served in a managerial capacity at the Walmart Store.

7. On or about November 10, 2018, Plaintiff, MILENA CABRERA, was a business invitee at the Walmart Store when she slipped and fell because of a liquid on the floor near the checkout registers.

## COUNT I – NEGLIGENCE OF WAL-MART STORES EAST, LP

Plaintiff re-alleges and re-states the alleged allegations in paragraphs 1-7 as fully set forth herein.

8. Defendant, WAL-MART STORES EAST, LP owed a duty to its business invitees such as MILENA CABRERA, to maintain its premises in a reasonable safe condition.

9. At the above time and place, Defendant, WAL-MART STORES EAST, LP breached its duty to Plaintiff, MILENA CABRERA, by:

a) allowing and unreasonably dangerous condition to exist on its premises, to wit: liquids such as water and/or other substances accumulating on the floor;

b) failing to reasonably inspect the premises to detect hazards such as liquids, water and/or other substances on the floor;

c) failing to warn of a hazard such as liquids, water and/or other substances on the floor; and/or

d) by failing to timely respond to spills.

12. As a direct and proximate result, Plaintiff, MILENA CABRERA, sustained permanent injuries, physical and mental pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, loss of earnings and impairment of earning capacity, and/or permanent aggravation of a

pre-existing condition, and has further incurred hospital bills, medical bills, and/or other bills as a result of said injuries. Said injuries are either permanent or continuing in their nature and Plaintiff, MILENA CABRERA will suffer in the future.

## COUNT II – NEGLIGENCE OF ERNEST REMAS

Plaintiff re-alleges and re-states the alleged allegations in paragraphs 1-7 as fully set forth herein.

14. Defendant, ERNEST REMAS, serving in a managerial capacity at the Walmart Store, owed a duty to invitees such as MILENA CABRERA, to take appropriate measures to maintain the premises in a reasonable safe condition.

15. At the above time and place, Defendant, ERNEST REMAS, breached his duty to Plaintiff, MILENA CABRERA, by:

   a) allowing and unreasonably dangerous condition to exist on its premises, to whit: liquids such as water and/or other substances accumulating on the floor;

   b) failing to reasonably inspect the premises to detect hazards such as liquids, water and/or other substances on the floor;

   c) failing to warn of a hazard such as liquids, water and/or other substances on the floor;

   d) failing to train staff and/or employees on proper spill response procedures; and/or

   e) failing to train staff and/or employees on proper dry-mop procedures.

16. As a direct and proximate result, Plaintiff, MILENA CABRERA, sustained permanent injuries, physical and mental pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, loss of earnings and impairment of earning capacity, and/or permanent aggravation of a pre-existing condition, and has further incurred hospital bills, medical bills, and/or other

bills as a result of said injuries. Said injuries are either permanent or continuing in their nature and Plaintiff, MILENA CABRERA will suffer in the future.

**WHEREFORE**, Plaintiff, MILENA CABRERA, hereby demands judgment for damages against the Defendants, WAL-MART STORES EAST, LP and ERNEST REMAS, and further demands a trial by jury.

DATED THIS __4th__ day of December, 2020.

KRISTIAN BIE, ESQ.
EVAN I FETTERMAN, ESQ.
Attorneys for Plaintiff
FETTERMAN & ASSOCIATES
648 U.S. Highway One
North Palm Beach, FL 33408
Telephone: (561) 845-2510
Facsimile: (561) 845-7381
Florida Bar No.: 87043/lg
Florida Bar No.: 155710/lg