# EXHIBIT B

## DECLARATION OF ERNEST REMAS

I, ERNEST REMAS, attest to the truth of the facts stated herein.

1. My name is Ernest Remas and I am over the age of 18 and in all respects competent and qualified to make this Declaration. The information contained herein is based on my personal knowledge and/or information obtained by me from the records maintained by Wal-Mart in its regular course of business.

2. I am a citizen of the State of Florida.

3. I am currently employed as an Assistant Store Manager at Wal-Mart Store No. 4446 located at 4225 45th St, West Palm Beach, FL 33407.

4. On November 10, 2018, I was employed as an Assistant Store Manager at Wal-Mart Store No. 1541 located at 9990 Belvedere Rd., West Palm Beach, Florida 33411.

5. The Plaintiff, Milena Cabrera's incident occurred on November 10, 2018 at Wal-Mart Store No. 1541 located at 9990 Belvedere Rd., West Palm Beach, Florida 33411.

6. I was an Assistant Store Manager at Wal-Mart Store No. 1541 on the day of the incident.

7. I do not, and have not at any time owned, controlled or operated the subject Wal-Mart store No. 1541 located at 9990 Belvedere Rd., West Palm Beach, Florida 33411, neither in my individual capacity nor as an Assistant Store Manager.

8. I did not witness Plaintiff's incident.

9. I did not personally participate in the events leading up to Plaintiff's alleged incident nor did I individually engage in tortious conduct.

1

10. I did not create a dangerous condition of liquid on the floor in the area of Plaintiff's incident on November 10, 2018, or any other day.

11. I did not personally leave liquid on the floor in the area of Plaintiff's incident on November 10, 2018, or any other day.

12. I did not have any knowledge of a Wal-Mart employee creating a dangerous condition of liquid in the area of Plaintiff's incident immediately prior to same.

13. I did not have any knowledge of the subject dangerous condition of liquid on the floor prior to Plaintiff's incident.

14. I did not observe the subject dangerous condition of liquid on the floor immediately prior to same, nor did I cause the liquid to be on the floor for Plaintiff to slip and fall.

15. I was not in the area of Plaintiff's alleged incident prior to her alleged incident, nor was I in the area of the incident at the time of Plaintiff's incident.

Under penalties of perjury under the laws of the United States, I declare that I have read the foregoing declaration and the facts stated in it are true to the best of my knowledge, information, and belief.

Dated: 2-19-21

/s/ _____
Ernest Remas
Assistant Store Manager